ALBERT M. CRANCE et al., Appellants, *v.* STATE OF NEW YORK, Respondent. (Claim No. 32176.)

Argued May 23, 1955; decided July 8, 1955.

*Burns F. Barford* for appellants.

*Jacob K. Javits, Attorney-General (Richard H. Shepp* and *Henry S. Manley* of counsel), for respondent.

Judgment of the Appellate Division reversed and that of the Court of Claims reinstated, with costs in this court and in the Appellate Division, upon the ground that the weight of evidence favors the findings and conclusions of the Court of Claims. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.